# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1346
LT Case No. 2022-31774-FMCI

_____

BRIAN GROSS,

    Appellant,

    v.

KELLY GROSS,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

Brian Gross, Ocala, pro se.

No Appearance for Appellee.


April 30, 2024

PER CURIAM.

    AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).


JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____